**ORDERED ACCORDINGLY.**



# T I F F A N Y & B O S C O
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

**Dated: July 07, 2009**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14362/1100181148

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Zoe Lapaige Barney and Stephanie Michelle Barney<br>　　　　　　Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1<br>　　　　　　Movant,<br>　　vs.<br><br>Zoe Lapaige Barney and Stephanie Michelle Barney, Debtors, Russell A. Brown, Trustee.<br><br>　　　　Respondents. | No. 2:09-bk-05873-GBN<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #21) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 25, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1 is the current beneficiary and Zoe Lapaige Barney and Stephanie Michelle Barney have an interest in, further described as:

Lot 113, of THE ESTATES AT THE SPECTRUM, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona; recorded in Book 575 of Maps, Page 8.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2009.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT